UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** **ARLENE R. LINDSAY** **DATE: 7/21/2020**
**United States Magistrate Judge**
**TIME: 1:30 p.m.**

**DOCKET NO: 20-866 (ARL)**

**CASE: Duffy v. Alliance Field Solutions, Inc., et al**

\_\_\_  **INITIAL CONFERENCE**
\_\_\_  **STATUS CONFERENCE**
\_\_\_  **SCHEDULING CONFERENCE**       **BY TELEPHONE X**
\_\_\_  **SETTLEMENT CONFERENCE**
\_\_\_  **FINAL CONFERENCE**
 **X**  **FAIRNESS HEARING**

  **APPEARANCES:**  **FOR PLAINTIFF:**  **FOR DEFENDANTS:**

   Ryan M. Eden  David S. Feather

**The following rulings were made:**

Based upon the statements placed on the record and pursuant to the principles set forth in *Kolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012) and *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), *cert. Denied*, 136 S. Ct. 824 (2016), the agreement is approved. The Clerk of Court is directed to close this case.

**SO ORDERED:**

_____/s/_____